IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THERESA B. BRADLEY,

   Plaintiff,

    v.

SAM OLENS
in his official capacity as President and
individually and personal capacity, et
al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-2054-TWT

**ORDER**

     This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action without prejudice for failure to comply with an Order of the Court. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 20 day of September, 2017.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge